John M. Kreutzer (OSB #973069)
jkreutzer@smithfreed.com
Smith Freed & Eberhard P.C.
111 SW Fifth Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

Attorneys for Plaintiff

UNITED STATES DISTRICT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NORBERTO MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN WINE GROUP, LLC, an Oregon Limited Liability Company, and CHRISTOPHER KIRK ERMISCH,<br><br>    Defendants. | Case No.: 6:11-cv-6227-TC<br><br>STIPULATED JUDGMENT OF DISMISSAL |

  Pursuant to FRCP 41(a)(1), plaintiff, Norberto Moreno, and defendants Southern Wine Group, LLC and Christopher Kirk Ermisch, by and through their respective attorneys, hereby stipulate that plaintiff's claims against defendants are hereby dismissed as follows:

1. Plaintiff's claim for fraudulent registration of trademark is dismissed with prejudice.
2. Plaintiff's claim for cancellation of trademark registration is dismissed with prejudice.
3. Plaintiff's claim for common law trademark infringement is dismissed with prejudice.
4. Plaintiff's claim for tortious interference with business relationships is: (a) dismissed with prejudice to the extent that it relates to any claims in the United States; and (b) dismissed without prejudice to the extent that any suit is filed in Argentina on an Argentina claim under Argentina law, otherwise with prejudice.

Page 1 – STIPULATED JUDGMENT OF DISMISSAL        503 B 1

5. Plaintiff's claim for breach of contract is: (a) dismissed with prejudice to the extent that it refers to any claims filed in the United States; and (b) dismissed without prejudice to the extent that any suit is filed in Argentina., otherwise with prejudice.

6. All other claims arising out of defendants use of the La Yunta mark in the United States, known or unknown, are dismissed with prejudice.

7. Each party shall bear its own costs and attorney fees.

**IT IS SO STIPULATED:**

SMITH FREED & EBERHARD P.C.

DATED: 10/10, 2011        By _____
                          John M. Kreutzer, OSB No. 973069
                          Attorneys for Plaintiff

RYLANDER & ASSOCIATES PC

DATED: Oct. 10, 2011      By _____
                          Kurt M. Rylander, OSB No. 94427
                          Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: _____, 2011    _____
                                Honorable Thomas M. Coffin

Page 2 – STIPULATED JUDGMENT OF DISMISSAL                    503 B 1

SMITH FREED & EBERHARD, P.C.
111 S.W. Fifth Avenue, 43rd Floor
Portland, Oregon 97204
Telephone (503) 227-2424
Facsimile (503) 227-2535